**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JOANA ROSALES,**

      **Petitioner,**

**v.**                                                                          **Case No. 4:14cv580-MW/CAS**

**WARDEN OF FCI TALLAHASSEE,**

      **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report

and Recommendation.  ECF No 11.   Upon consideration, no objections having been

filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's

opinion.  The Clerk shall enter judgment stating, "The petition for writ of habeas

corpus filed under 28 U.S.C. § 2241, ECF No. 4, is **DISMISSED** for lack of

jurisdiction."  The Clerk shall close the file.

    **SO ORDERED on February 4, 2017.**

                     **s/Mark E. Walker                    ____**
                     **United States District Judge**